Submitted October 30—decided November 21, 1967

STATE OF CONNECTICUT *v.* STANLEY W. SMYRSKI

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*R. Patrick McGinley,* in support of the petition.

*Francis M. McDonald,* deputy chief prosecuting attorney, in opposition.

Submitted June 22—decided November 29, 1967